# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

IN RE: THE SUCCESSION OF
EMERICK MITCHELL GUILLOT

NO. 2026 CW 0144

**FEBRUARY 25, 2026**

In Re:   Peter Michael Guillot, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 186844.

**BEFORE:   MILLER, EDWARDS, AND FIELDS, JJ.**

**STAY DENIED; WRIT DENIED.**

> **SMM**
> **BDE**
> **WEF**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT